## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIFFANY A. BROWN<br>*Plaintiff* | : | CIVIL ACTION NO. 3:23-CV-01488-VAB |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT,<br>*Defendants* | : | DECEMBER 27, 2023 |

## MOTION FOR SECURITY FOR COSTS

Pursuant to Rule 83.3(a) of the Local Rules of Civil Procedure, the Defendant University of Connecticut ("UConn"), moves for an order requiring the Plaintiff, Tiffany A. Brown, to post a bond as security for costs in the amount of five hundred ($500.00) dollars.

Respectfully submitted,

DEFENDANT

UNIVERSITY OF CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL


By: /s/ *Matthew Konowe*
Matthew Konowe
Assistant Attorney General
Employment Section
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail: Matthew.Konowe@ct.gov
Federal Bar # ct31335

## **CERTIFICATION**

I hereby certify that on December 27, 2023, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Matthew Konowe*
Matthew Konowe (# ct31335)
Assistant Attorney General