UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIFFANY A. BROWN,<br>    *Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF CONNECTICUT,<br>    *Defendant*. | No. 3:23-cv-1488 (VAB) |

## SCHEDULING ORDER

The Court adopts the following schedule for pre-trial deadlines based on the parties' Rule 26(f) Report, the Court's preferences with respect to scheduling, and the Court's current calendar:

- Damages analysis due by **May 3, 2024**.
- Depositions of fact witnesses shall be completed by **November 1, 2024**.
- Designation of Plaintiff's expert witnesses due by **August 2, 2024**.
- Depositions of Plaintiff's expert witnesses shall be completed by **September 6, 2024**.
- Designation of Defendant's expert witnesses due by **September 27, 2024**.
- Depositions of Defendant's expert witnesses shall be completed by **November 1, 2024**.
- All discovery shall close by **November 1, 2024**.
- If, after the close of discovery, the parties wish to meet with a Magistrate Judge to discuss settlement, the parties may jointly file such a request by **November 7, 2024**.
- Dispositive motions due by **January 24, 2025**, or thirty (30) days after the close of discovery.
- Joint trial memorandum is due by **June 13, 2025**, or thirty (30) days after the Court rules on any dispositive motions.
- Trial ready date is **September 29, 2025**, or thirty (30) days after the joint trial memorandum is filed.

**SO ORDERED** at New Haven, Connecticut, this 28th day of December, 2023.

                                                             /s/ Victor A. Bolden
                                                             Victor A. Bolden
                                                             United States District Judge