UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIFFANY A. BROWN<br>*Plaintiff* | : | CIVIL ACTION NO. 3:23-CV-01488-SFR |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT,<br>*Defendant* | : | APRIL 10, 2025 |

## JOINT STATUS REPORT

Pursuant to Judge Sarah F. Russell's February 5, 2025 Order issued to file a Joint Status Report on or before April 11, 2025, the parties submit the following:

**STATUS OF DISCOVERY**

The parties confirm that discovery in this matter has concluded.

**(1) DISPOSITIVE MOTIONS**

Defendant intends to file a Motion for Summary Judgment in this matter. The current deadline to file a dispositive motion is May 23, 2025. Plaintiff does not intend to file a dispositive motion.

**(2) WHETHER PARTIES CONSENT TO JURISDICTION OF MAGISTRATE JUDGE FOR ALL PURPOSES INCLUDING TRIAL**

The parties do not consent to a trial before a Magistrate Judge.

**(3) ESTIMATED TRIAL LENGTH**

The parties estimate that the trial is estimated to last up to a maximum of five (5) days.

**(4) REPRESENTION ON WHETHER PARTIES HAVE CONFERRED WITH THEIR CLIENTS RE REFERRAL FOR SETTLEMENT CONFERENCE**

Counsel for any represented parties have conferred with their clients on the question of whether to seek referral for a settlement conference. Counsel for parties have conferred with one another on the question of whether to seek referral for a settlement conference.

The parties are not currently jointly requesting a referral for a settlement conference as of this filing. Should the parties later decide to jointly request referral for a settlement conference, the parties will file a separate request should the parties decide to make such request. However, the parties are not jointly requesting referral for a settlement conference at this time.

          RESPECTFULLY SUBMITTED,

          PLAINTIFF

          TIFFANY A. BROWN

By:    /s/ Thomas W. Bucci
        Thomas W. Bucci
        Willinger, Willinger & Bucci, P.C.
        1000 Bridgeport Avenue
        Suite 501
        Shelton, CT  06484
        Tel: (203) 366-3939
        Federal Bar No. ct07805
        Email:  thomaswbucci@outlook.com

          DEFENDANT,

          UNIVERSITY OF CONNECTICUT

          WILLIAM TONG
          ATTORNEY GENERAL

BY:    /s/ *Matthew Konowe*
        Matthew Konowe
        Assistant Attorney General
        165 Capitol Avenue, Suite 5000
        Hartford, CT  06106
        Tel:  (860) 808-5340
        Fax.: (860) 808-5383
        Federal Bar No. ct31335
        Email:  Matthew.Konowe@ct.gov

**<u>CERTIFICATION</u>**

I hereby certify that on April 10, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/ *Matthew Konowe*
                                                 Matthew Konowe (#ct31335)
                                                 Assistant Attorney General

Case 3:23-cv-01488-SFR    Document 38    Filed 04/10/25    Page 3 of 3